# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**TROY D. WADE (#305401)**  CIVIL ACTION

**VERSUS**

**DARREL VANNOY, ET AL.**  NO. 20-cv-00397-BAJ-RLB

## RULING

On July 7, 2020, pursuant to the "three strikes" provision of 28 U.S.C. § 1915(g), the Court determined that Plaintiff was not authorized to proceed *in forma pauperis* herein and ordered him to pay, within 21 days, the remainder of the full amount of the Court's filing fee. (Doc. 3) Plaintiff was placed on notice that failure to comply with the Court's Order "shall result in the dismissal of the plaintiff's action without further notice from the Court." *Id.*

A review of the record by the Court reflects that Plaintiff has failed to pay the filing fee as ordered on July 7, 2020.

Accordingly,

**IT IS ORDERED** the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to pay the Court's filing fee. Judgment shall be entered accordingly.

Baton Rouge, Louisiana, this 25th day of August, 2020

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**